IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**STEPHEN W. VALDEZ**                                                                            **PLAINTIFF**

      **VERSUS**                                                            **CIVIL ACTION NO.: 2:22-cv-2267-TLP-cgc**
                                                                                                  **JURY TRIAL DEMANDED**

**FEDERAL EXPRESS CORPORATION**                                           **DEFENDANT**

## JOINT MOTION FOR 7 DAY EXTENSION OF THE ALTERNATIVE DISPUTE RESOLUTION DEADLINE

The Parties in this matter join in this Motion for a 7-Day Extension of the Alternative Dispute Resolution (ADR) Deadline. The Parties have exchanged Electronically Stored Information, written discovery, produced documents, propounded a draft of the 30(b)(6) notice, and taken the Plaintiff's deposition. Pursuant to Text Order, the deadline for submitting a report on ADR is July 10, 2023. [Doc. 36] Mediation is set for July 11, 2023, at 10AM CST. The Parties respectfully request this Honorable Court to allow a seven (7) day extension to file the report on ADR deadline, extending the deadline to July 17, 2023. Moving the ADR deadline to July 17, 2023, allows the Mediator and the Parties time to complete mediation and the Mediator to submit his report.

Federal Rule of Civil Procedure 16 "permits modification to the scheduling order 'upon a showing of good cause and by leave of the district judge.'" *Leary v. Daeschner*, 349 F.3d 888, 906 (6th Cir. 2003). "The primary measure of Rule 16's 'good cause' standard

is the moving party's diligence in attempting to meet the case management order's requirements." *Inge v. Rock Fin. Corp.*, 281 F.3d 613, 625 (6th Cir. 2002).

This Motion is not made in an attempt to delay this matter and is made in good faith. Based on the foregoing, the Parties represent to the Court that good cause exists to extend the ADR deadline to July 17, 2023. Due to the nature of this motion, an accompanying memorandum would be duplicative.

The Parties respectfully request an order of this Court extending the ADR deadline seven days to July 17, 2023.

This, the 15th day of June, 2023.

| | |
|---|---|
| /s/ Tressa V. Johnson | /s/ Frederick L. Douglas |
| Tressa V. Johnson BPR #26401 | Frederick L. Douglas BPR #22356 |
| Kristy L. Bennett, BPR #30016 | Daniel French BPR #25921 |
| Johnson & Bennett, PLLC | Federal Express Corporation |
| 1407 Union Ave., Suite 807 | 3620 Hacks Cross Road |
| Memphis, Tennessee 38104 | Building B, 3rd Floor |
| (901) 402-6601 | Memphis, Tennessee 38125 |
| tressa@myjbfirm.com | Telephone: (901) 434-8519 |
| kristy@myjbfirm.com | Frederick.douglas@fedex.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |