# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| STEPHEN W. VALDEZ, | ) | |
| Plaintiff, | ) ) ) | No. 2:22-cv-02267-TLP-cgc |
| v. | ) ) | JURY DEMAND |
| FEDERAL EXPRESS CORPORATION, | ) ) | |
| Defendant. | ) | |

## ORDER REFERRING PLAINTIFF'S MOTION TO COMPEL FOR DETERMINATION

Plaintiff moves to compel Defendant to respond to its discovery requests. (ECF No. 41.) The Court hereby refers Plaintiff's motion to assigned Magistrate Judge Charmiane G. Claxton for disposition.

**SO ORDERED**, this 25th day of July, 2023.

s/ Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE